1
2
3
4
5
6
7
8
9

10                        UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| CHELSEA, LLC, MARK RUSSO, ALLEN LORETZ, and IVAN SIMPSON, individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>    vs.<br><br>REGAL STONE, LTD., HANJIN SHIPPING, CO., LTD., CONTI CAIRO KG, NSB NEIDERELBE, SYNERGY MARITIME, LTD., *IN PERSONAM*, M/V COSCO BUSAN, their engines, appurtenances, freights, and cargo *IN REM*,<br><br>                                Defendants. | Case No. C 07 05800 (SC)<br><br>Related Cases:  CV07-06045-SC<br>                             CV08-02052-SC<br>                             CV08-02268-SC<br>                             CV08-05096-SC<br>                             CV08-05098-SC<br>                             CV09-01469-SC<br>                             CV07-05926-SC<br><br>Case Subject to CVS Motion:<br>CV11-04540-DMR<br><br>[PROPOSED] ORDER DENYING CVS CAREMARK CORPORATION'S ADMINISTRATIVE MOTION TO RELATE CASE |

Upon CVS CAREMARK CORPORATION'S ("CVS") motion dated September 22, 2011 to relate Case No. CV 11 4540 (DMR) to Case Nos. CV-07-5800-SC, CV07-06045-SC, CV08-02052-SC, CV08-02268-SC, CV08-05096-SC, CV08-05098-SC, CV09-01469-SC, and CV07-05926-

///

- 1 -                                                                                                     KYL_LB1440625

1  SC and REGAL STONE LIMITED and FLEET MANAGEMENT LTD having opposed the motion,
2  the Court, having considered the papers submitted and, if any, the oral argument presented by counsel,
3  HEREBY ORDERS THAT: CVS' motion is DENIED.

DATED: September 27, 2011

JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

Submitted by:

/s/ David A. Tong
SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
DAVID A. TONG, CASB No. 238971
david.tong@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Plaintiffs
REGAL STONE LIMITED and FLEET MANAGEMENT LTD

KYL_LB1440625
[PROPOSED] ORDER DENYING CVS CAREMARK CORPORATION'S ADMINISTRATIVE MOTION TO RELATE CASE – Case No. CV 11 4540