# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT LTD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 11 4540 SC<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:   January 13, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 1 |
| Plaintiffs, | | |
| vs. | | |
| LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, LONGS DRUG STORES, L.L.C., a Maryland limited liability company, LONGS DRUG STORES CORPORATION, a California corporation, CVS CAREMARK CORPORATION, a Delaware corporation, LOUIE CHESTER, an individual, and DOES 1–20, | | |
| Defendants. | | |

1    PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED:

2    ~~[The initial case management conference in this action is continued from January 13,~~

3    ~~2012 at 10:00 a.m. to February 17, 2012 at 10:00 a.m.]; or~~

4    [The initial case management conference in this action is continued from January 13,

5    2012 at 10:00 a.m. to March 9, 2012 at 10:00 A.M..]; and

6    All corresponding deadlines for the Parties obligations to meet and confer and file a

7    report pursuant to F.R.C.P. 26(f)(2) are correspondingly continued.

8    IT IS SO ORDERED.

9

10    Dated:  December 27, 2011

                                           HONORABLE SAMUEL CONTI
                                           UNITED STATES DISTRICT JUDGE

/s/ Joseph A. Walsh II
Respectfully submitted:
SAMUEL A. KEESAL, JR., CASB No. 38014
*skip.keesal@kyl.com*
JOSEPH A. WALSH II, CASB No. 143694
*joe.walsh@kyl.com*
DAVID A. TONG, CASB No. 238971
*david.tong@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:   (562) 436-7416

Attorneys for Plaintiffs
REGAL STONE LIMITED and FLEET
MANAGEMENT LTD