# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, LONGS DRUG STORES, L.L.C., a Maryland limited liability company, LONGS DRUG STORES CORPORATION, a California corporation, CVS CAREMARK CORPORATION, a Delaware corporation, LOUIE CHESTER, an individual, and DOES 1–20, <br><br> Defendants. | Case No. CV 11 4540 SC <br><br> [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> Date:  January 13, 2012 <br> Time:  10:00 a.m. <br> Place: Courtroom 1 |

1  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED:

2  [The initial case management conference in this action is continued from January 13,

3  2012 at 10:00 a.m. to February 17, 2012 at 10:00 a.m.]; or

4  [The initial case management conference in this action is continued from January 13,

5  2012 at 10:00 a.m. to March 9, 2012 at 10:00 A.M..]; and

6  All corresponding deadlines for the Parties obligations to meet and confer and file a

7  report pursuant to F.R.C.P. 26(f)(2) are correspondingly continued.

8  IT IS SO ORDERED.

Dated:  December 27, 2011

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

/s/ Joseph A. Walsh II
_____
Respectfully submitted:
SAMUEL A. KEESAL, JR., CASB No. 38014
*skip.keesal@kyl.com*
JOSEPH A. WALSH II, CASB No. 143694
*joe.walsh@kyl.com*
DAVID A. TONG, CASB No. 238971
*david.tong@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:   (562) 436-7416

Attorneys for Plaintiffs
REGAL STONE LIMITED and FLEET
MANAGEMENT LTD