# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT LTD,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, LONGS DRUG STORES, L.L.C., a Maryland limited liability company, LONGS DRUG STORES CORPORATION, a California corporation, CVS CAREMARK CORPORATION, a Delaware corporation, LOUIE CHESTER, an individual, and DOES 1– 20,<br><br>　　　　　　　　　　　Defendants. | Case No. CV 11 4540 SC<br><br>**[REVISED PROPOSED]** ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER SEAL AND FOR PROTECTIVE ORDER<br><br>**[L.R. 79-5(c) & 7-11]**<br><br>Date:　December 16, 2011<br>Time:　10:00 a.m.<br>Place:　San Francisco Courthouse<br>　　　　Courtroom 1<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, California 94102 |

　　　　The Administrative Motion of Plaintiffs REGAL STONE LIMITED and FLEET MANAGEMENT LTD (the "Plaintiffs") to file portions of their First Amended Complaint ("FAC") under seal and for a protective order permitting Plaintiffs to serve the named defendants in this lawsuit, including Defendant CVS CAREMARK CORPORATION ("Defendants"), with a complete

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　KYL_LB1456543

and unredacted copy of the FAC and prohibiting Defendants from disclosing or otherwise making the FAC publicly available, ~~came on for hearing before this Court on December 16, 2011~~. Having considered the papers filed by the Parties ~~and the oral argument of counsel~~, and good cause appearing therefor,

SC
SC

IT IS HEREBY ORDERED AS FOLLOWS:

The Plaintiffs' Administrative Motion is GRANTED and:

1. The FAC shall be filed in the public record with paragraphs 16–18, 20, 30–31, 35, 37, 39, 70, 99, and 107 partially redacted;

2. Plaintiffs shall serve a complete and unsealed copy of the FAC on Defendants;

3. The Parties shall be permitted to disclose the FAC to: (a) counsel (including their employees) who represent or advise them; (b) the officers, directors, and employees, including former employees, of the Parties who are reasonable necessary to assist with the litigation; (c) experts, including consulting experts; (d) the Judge, the Court and its personnel, at least with respect to the allegations contained in the FAC; (e) court reporters and their staffs; and (f) witnesses with relevant knowledge; and;

4. Prohibiting the parties from disclosing the FAC to individuals or entities not covered above, or otherwise making the FAC publicly available; and

5. Instructs the parties that: (a) when filing any papers with this Court, including, but not limited to, pleadings, motions, and declarations, which reference the partially redacted portions of paragraphs 16–18, 20, 30–31, 35, 37, 39, 70, 99, and 107 of the FAC, they are to keep the redacted portions redacted in the text of the filed papers, and (b) when attaching the FAC as an exhibit to any papers filed with this Court, the parties are to attach the partially redacted copy of the FAC that is filed in the public record.

///

///

IT IS SO ORDERED.

Dated: ___March 2, 2012___, ~~2011~~

SC

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

/s/ Joseph A. Walsh II

Respectfully submitted:
SAMUEL A. KEESAL, JR., CASB No. 38014
*skip.keesal@kyl.com*
JOSEPH A. WALSH II, CASB No. 143694
*joe.walsh@kyl.com*
DAVID A. TONG, CASB No. 238971
*david.tong@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:   (562) 436-7416

Attorneys for Plaintiffs
REGAL STONE LIMITED and FLEET MANAGEMENT LTD

[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MTN TO FILE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER SEAL & FOR PROTECTIVE ORDER – Case No. CV 11 4540 SC