**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability company, LONGS DRUG STORES, L.L.C., a Maryland limited liability company, LONGS DRUG STORES CORPORATION, a California corporation, CVS CAREMARK CORPORATION, a Delaware corporation, LOUIE CHESTER, an individual, and DOES 1–20, <br><br> Defendants. | Case No. CV 11 4540 SC <br><br> [REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER SEAL AND FOR PROTECTIVE ORDER <br><br> [L.R. 79-5(c) & 7-11] <br><br> Date: December 16, 2011 <br> Time: 10:00 a.m. <br> Place: San Francisco Courthouse <br> Courtroom 1 <br> 450 Golden Gate Avenue <br> San Francisco, California 94102 |

The Administrative Motion of Plaintiffs REGAL STONE LIMITED and FLEET MANAGEMENT LTD (the "Plaintiffs") to file portions of their First Amended Complaint ("FAC") under seal and for a protective order permitting Plaintiffs to serve the named defendants in this lawsuit, including Defendant CVS CAREMARK CORPORATION ("Defendants"), with a complete

- 1 -    KYL_LB1456543

1  and unredacted copy of the FAC and prohibiting Defendants from disclosing or otherwise making the

2  FAC publicly available, ~~came on for hearing before this Court on December 16, 2011~~.  Having ~~SC~~

3  considered the papers filed by the Parties ~~and the oral argument of counsel~~, and good cause appearing

4  therefor,   SC

5          IT IS HEREBY ORDERED AS FOLLOWS:

6          The Plaintiffs' Administrative Motion is GRANTED and:

7      1.    The FAC shall be filed in the public record with paragraphs 16–18, 20, 30–31,

8  35, 37, 39, 70, 99, and 107 partially redacted;

9      2.    Plaintiffs shall serve a complete and unsealed copy of the FAC on Defendants;

10     3.    The Parties shall be permitted to disclose the FAC to: (a) counsel (including

11 their employees) who represent or advise them; (b) the officers, directors, and employees, including

12 former employees, of the Parties who are reasonable necessary to assist with the litigation; (c) experts,

13 including consulting experts; (d) the Judge, the Court and its personnel, at least with respect to the

14 allegations contained in the FAC; (e) court reporters and their staffs; and (f) witnesses with relevant

15 knowledge; and;

16     4.    Prohibiting the parties from disclosing the FAC to individuals or entities not

17 covered above, or otherwise making the FAC publicly available; and

18     5.    Instructs the parties that: (a) when filing any papers with this Court, including,

19 but not limited to, pleadings, motions, and declarations, which reference the partially redacted portions

20 of paragraphs 16–18, 20, 30–31, 35, 37, 39, 70, 99, and 107 of the FAC, they are to keep the redacted

21 portions redacted in the text of the filed papers, and (b) when attaching the FAC as an exhibit to any

22 papers filed with this Court, the parties are to attach the partially redacted copy of the FAC that is filed

23 in the public record.

24 ///

25

26

27 ///

28

1   IT IS SO ORDERED.

2

3   Dated: ___March 2, 2012___, ~~2011~~              _[signature]_
                                             SC
4   HONORABLE SAMUEL CONTI
    UNITED STATES DISTRICT COURT JUDGE

5

6   /s/ Joseph A. Walsh II
    Respectfully submitted:
7   SAMUEL A. KEESAL, JR., CASB No. 38014
    *skip.keesal@kyl.com*
8   JOSEPH A. WALSH II, CASB No. 143694
    *joe.walsh@kyl.com*
9   DAVID A. TONG, CASB No. 238971
    *david.tong@kyl.com*
10  KEESAL, YOUNG & LOGAN
    A Professional Corporation
11  400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
12  Telephone: (562) 436-2000
    Facsimile:  (562) 436-7416
13
    Attorneys for Plaintiffs
14  REGAL STONE LIMITED and FLEET
    MANAGEMENT LTD

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                                  KYL_LB1456543

[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MTN TO FILE PORTIONS OF PLAINTIFFS'
FIRST AMENDED COMPLAINT UNDER SEAL & FOR PROTECTIVE ORDER – Case No. CV 11 4540 SC